UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSHUA TEIXEIRA, et al, ) | Crim. No. 20cr10197-LTS |

**STATUS REPORT RE PROTECTIVE ORDERS**

The parties have negotiated a tentative, initial Protective Order which will allow for the disclosure of a certain materials from seized mobile phones. This Order should be finalized by the parties in the near future and discovery from the phones will be subsequently produced.

Per the Court's request, the parties have also engaged in ongoing negotiations concerning a Protective Order involving the disclosure of potential witness information. Following the last Status Conference before this Court, the parties met and conferred regarding the scope of a Protective Order for witness information. As of the present date, the parties have been unable to reach a resolution as to the scope of such an Order. Therefore, this matter will need to be resolved before this Court.

                                                        Respectfully submitted,

                                                        NATHANIEL R. MENDELL
                                                        Acting United States Attorney

                            By:    */s/ Michael Crowley*
                                      MICHAEL CROWLEY
                                        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I, Michael J. Crowley, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

                                                  */s/ Michael J. Crowley*
                                                  MICHAEL J. CROWLEY
                                                  Assistant U.S. Attorney