UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.  20cr10197-LTS |
| ) | |
| JOSHUA TEIXEIRA, et al, ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT

Per the Order of the Court, the government provides the following status report regarding the discovery issue of laptop computers.  The government has possession of five (5) laptops that were recovered from use in other cases.  The government is in contact with defense counsel regarding the discovery to be loaded onto the computers, with part of this analysis being the handling of information from recovered mobile phones as well as issues related to protective orders.  The government believes that the laptops can be prepared and delivered to the facilities (as designated by the Court or the Court's representative) by December 30, 2021.  The government will attempt to accomplish the delivery earlier if possible.

                                               Respectfully submitted,

                                               NATHANIEL R. MENDELL
                                               Acting United States Attorney

Date: November 24, 2021          By: */s/ Michael J. Crowley*
                                               MICHAEL CROWLEY
                                               SARAH HOEFLE
                                               Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

    I, Michael J. Crowley, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                 */s/ Michael J. Crowley*
                                                 MICHAEL J. CROWLEY
                                                 Assistant U.S. Attorney