UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 20cr10197-LTS |
| | ) | |
| JOSHUA TEIXEIRA, et al, | ) | |

**MOTION FOR REVISED PROTECTIVE ORDER**

    The United States hereby moves that the Court issue the attached Revised Protective Order following a 14-day period for any defense counsel to file objections.  As of the present date, five of the ten defendants have assented to the Revised Protective Order.  Per the District Court's instructions at the last status conference, given that not all defendants have assented to Revised Protective Order, the government is filing the present motion to allow the defendants to raise any objections to the Revised Protective Order.  The government believes that any such objections should be filed within 14 days.

                                       Respectfully submitted,

                                       NATHANIEL R. MENDELL
                                       Acting United States Attorney

By:    ***/s/ Michael Crowley***
          MICHAEL CROWLEY
          SARAH HOEFLE
          Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, Michael J. Crowley, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

/s/ *Michael J. Crowley*
MICHAEL J. CROWLEY
Assistant U.S. Attorney